UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE R. MEDINA,

    Plaintiff,

v.                                                             CASE NO.: 4:09-CV-219-SPM/WCS

PPK CORPORATION,

    Defendant.

_____/

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff's Motion for Protective Order (doc. 22) and Defendant's Motion for an Extension of Time (doc. 30), it is hereby ORDERED AND ADJUDGED as follows:

    1.    The Motion for Protective Order is granted in part. The Plaintiff is not legally permitted to return to the United States, and will not be required to return to the United States to attend his deposition. Pursuant to Federal Rule of Civil Procedure 30(b)(4), the Plaintiff is ordered to be deposed remotely by audiovisual means, at a date and time agreed upon by the Parties. The deposition testimony must be preserved on DVD, a copy of which shall be made available to the Court upon request.

    2.    The Motion for an Extension of Time is granted. All deadlines in this

matter will be continued for a period of one month.

DONE AND ORDERED this <u>fifth</u> day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge